Decided October 10, 2007

FRANCIS D. ANGIOLILLO ET AL. *v.* TERRY L. BUCKMILLER ET AL.

The plaintiffs' petition for certification for appeal from the Appellate Court, 102 Conn. App. 697 (AC 27248/AC 27658), is denied.

ROGERS, C. J., and SCHALLER, J., did not participate in the consideration or decision of this petition.

*Eddi Z. Zyko*, in support of the petition.

*Christopher Y. Duby, Eileen R. Becker* and *W. Glenn Pierson*, in opposition.

Decided October 16, 2007